United States District Court
Southern District of Texas
**ENTERED**
September 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| WADE ALAN WEDEMEIER, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 6:24-CV-00026 |
| RLI INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal with Prejudice (D.E. 8), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on September 3, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE